**1191** SCHOOL DISTRICT NO. 8 (Tallmadge) vs. ROOT (Township Treasurer), 61 M., 373.

To compel payment over to the assessor of certain moneys upon warrants signed by one Dowris as moderator.

Granted May 6, 1886.

Payment was refused upon the ground that Dowris was not the moderator.

Held, that the right to an office will not be settled in a mandamus proceeding, but that Dowris was at least an officer de facto.